VERNETTA RUSSELL, as Administratrix of the Estate of EDWARD L. RUSSELL, Deceased, Plaintiff, v. NEW YORK STATE ELECTRIC AND GAS CORPORATION et al., Defendants.— Motion to dismiss appeal denied, without costs, and without prejudice. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

GLEN PRENTICE, Plaintiff, v. NEW YORK STATE ELECTRIC AND GAS CORPORATION et al., Defendants.— Motion to dismiss appeal denied, without costs, and without prejudice. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. ANTHONY MACERA, Defendant.— Motion for an order permitting inspection of the minutes of the Grand Jury denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS FOX, Appellant, against W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Motion for leave to prosecute appeal as a poor person upon hand-printed copies of the record. Motion denied. President — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH WASHINGTON, Appellant, against W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Motion to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion in all other respects denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

ERIK AGREN, as Guardian ad Litem of ROGER C. AGREN, an Infant, Respondent, v. KENNETH H. KELLER, Appellant.— Motion to dismiss appeal denied, without costs and without prejudice. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

JOHN T. OWENS et al., Respondents, v. JOSEPH J. GUMINIAK, Appellant.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

In the Matter of SYDNEY GROSSMAN, Respondent, against MURRAY J. FLETCHER et al., Appellants.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

WILLIAM H. AUSTIN, Appellant, v. ROBERT J. REDDING, Respondent.— Motion to dismiss appeal granted by default, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

STELLA BANKS, Appellant, v. FREDERICK BAKER, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before December 15, 1959 and is ready for argument at the January 1960 Term of this court, in which event the motion is denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.